UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RANDY SANCHEZ, on behalf of himself      Case No. 1:22-cv-07203-DG-VMS
and all others similarly situated,

                        Plaintiffs,      **STIPULATION OF VOLUNTARY**
                                                      **DISMISSAL WITH PREJUDICE**

              -against-

288 FOX AND JANE, INC.

                        Defendant.
------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff RANDY SANCHEZ ("Plaintiff") and 288 FOX AND JANE, INC. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: _____, 2023

| The Law Office of Noor A. Saab, Esq. | Dentons US LLP |
|---|---|
| By: */S/ Noor A. Saab, Esq.* | By: _____ |
| Noor A. Saab Esq. | Rebecca Stark, Esq. |
| *Attorney for Plaintiff* | *Attorney for the Defendant* |
| 380 North Broadway, Ste 300 | 1221 Avenue of the Americas |
| Jericho, New York 11753 | New York, NY 10020 |
| Tel: 718-740-5060 | Tel: 212-398-7614 |
| Email: NoorASaabLaw@Gmail.com | Email: rebecca.stark@dentons.com |

SO ORDERED:

Dated: _____, 2023                       _____
                                                                             United States District Judge